UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT, <br><br> Plaintiff, <br><br> v. <br><br> SNOHOMISH COUNTY, et al., <br><br> Defendants. | CASE NO. C17-1373-JLR <br><br> ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 15th day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1