UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY HERBERT, | CASE NO. C17-1373JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| SNOHOMISH COUNTY, et al., | |
| Defendants. | |

On October 3, 2017, the court dismissed Plaintiff Anthony Herbert's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).  (Order (Dkt. # 5));  *see* 28 U.S.C. § 1915(e)(2)(B).  The court allowed Mr. Herbert 14 days to amend the claims against Snohomish County, a Bank of America, Deputy Wirth of the Snohomish County Sheriff's Department, and Sergeant Hart of the Snohomish County Sheriff's Department.  (*Id.* at 11.)  The court indicated that if Mr. Herbert failed to file an amended complaint within the time allowed, the court would dismiss his complaint without leave to amend.  (*Id.*)  Mr. Herbert has not timely amended his complaint.  (*See* Dkt.)  Accordingly, the

1 | court DISMISSES Mr. Herbert's complaint without leave to amend and without

2 | prejudice.

3 |      Dated this 3rd day of November, 2017.

4 |

5 |

6 |                     JAMES L. ROBART

7 |                     United States District Judge